FILED
JUN 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8550 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Daniel Ivan RODRIGUEZ, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 17, 2008, within the Southern District of California, defendant Daniel Ivan RODRIGUEZ did knowingly and intentionally import approximately 40.92 kilograms (90.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad Worgen, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Daniel Ivan RODRIGUEZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On June 17, 2008, at approximately 1330 hours, Daniel Ivan RODRIGUEZ (RODRIGUEZ) entered the United States from Mexico at the Calexico, California, West Port of Entry, lane #8, driving a 1999 Pontiac Grand Am. RODRIGUEZ was the sole occupant, driver, and registered owner of the vehicle.

Customs and Border Protection Officer (CBPO) L. Ledbetter was performing primary inspections at lane #8 when RODRIGUEZ applied for entry. CBPO Ledbetter received a negative oral customs declaration from RODRIGUEZ. CBPO Ledbetter referred both RODRIGUEZ and the vehicle into the secondary lot for further inspection.

In vehicle secondary, Canine Enforcement Officer (CEO) S. Barela was screening vehicles with his Narcotics Human Detector Dog (NHDD). CEO Barela screened the 1999 Pontiac Grand Am driven by RODRIGUEZ, and CEO Barela's NHDD alerted to the driver's side front bumper of the vehicle.

CBPO B. Von Loesch was informed of the alert. CBPO Von Loesch received a negative oral Customs declaration from RODRIGUEZ. RODRIGUEZ stated he was the registered owner of the vehicle and he had the vehicle for approximately one month. During questioning, CBPO Von Loesch observed RODRIGUEZ was avoiding eye contact.

Upon further inspection of the vehicle, CBPO Von Loesch discovered forty (40) packages within the front bumper of the vehicle. CBPO Von Loesch probed a package, and it produced a green leafy substance that tested positive for marijuana. The total weight of the packages of marijuana was 40.92 kilograms (90.02 pounds).

RODRIGUEZ was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. RODRIGUEZ was advised of his rights per Miranda. RODRIGUEZ stated he understood his rights and was willing to answer questions without the presence of an attorney. RODRIGUEZ stated he knew marijuana was concealed within the vehicle. RODRIGUEZ stated he was to be paid $3,000.00 to drop the vehicle off at Pep-Boys located in Calexico.